UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN MOORE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHANG SO et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-01854-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' stipulated motion for dismissal. Dkt. No. 14. Pursuant to parties' stipulation, this action is hereby DISMISSED with prejudice, with each party bearing its own attorney's fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court also DISCHARGES its Order to Show Cause. Dkt. No. 13.

Dated this 22nd day of March, 2024.

　　　　　　　　　　　　　　　　　　　*Lauren King*
　　　　　　　　　　　　　　　　　　　Lauren King
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF DISMISSAL - 1